```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 20374
   SYLVESTER E CALVIN
   MARILYN A CALVIN                            CHAPTER 13

                                               JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-7275      SSN XXX-XX-0536

--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/05/08 .

     2.  The case was dismissed without confirmation, 10/31/2008.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON CRENSHAW & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION SERVICES CENT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JVDB & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| KB MERRILL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| LEW MAGRUM | UNSECURED | NOT FILED | .00 | .00 |

```
MCS                        UNSECURED       NOT FILED              .00         .00
MCS                        UNSECURED       NOT FILED              .00         .00
MCS                        UNSECURED       NOT FILED              .00         .00
EDWARD HOSPITAL            UNSECURED       NOT FILED              .00         .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED              .00         .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED              .00         .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED              .00         .00
MONROE & MAIN              UNSECURED       NOT FILED              .00         .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00         .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED              .00         .00
NICOR GAS                  UNSECURED       NOT FILED              .00         .00
NICOR GAS                  UNSECURED       NOT FILED              .00         .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED              .00         .00
NORTHWEST COLLECTORS       UNSECURED       NOT FILED              .00         .00
PALISADES COLLECTION       UNSECURED       NOT FILED              .00         .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED              .00         .00
TCF BANK                   UNSECURED       NOT FILED              .00         .00
PT CREDIT SV               UNSECURED       NOT FILED              .00         .00
STATE COLLECTION SRV       UNSECURED       NOT FILED              .00         .00
WFNNB/HARLEM FURNITURE     UNSECURED       NOT FILED              .00         .00
WFNNB/HARLEM FURNITURE     UNSECURED       NOT FILED              .00         .00
```

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
TOTAL CLMS ALLOWED         .00           .00          .00          .00          .00
PRINCIPAL PAID             .00           .00          .00          .00          .00
INTEREST PAID              .00           .00          .00          .00          .00
TOTAL PAID                 .00           .00          .00          .00          .00
```

The Debtor's attorney, RONALD D CUMMINGS           , was allowed $         .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/21/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 08 B 20374 SYLVESTER E CALVIN & MARILYN A CALVIN
```